UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| CHRISTOPHER LINDSEY, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-352 |
| | § | |
| LARA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **OPINION AND ORDER OF TRANSFER**

This is a civil rights action filed by a federal prisoner incarcerated at Federal Correctional Center (FCC) in Beaumont, Texas (D.E. 1). Plaintiff Christopher Lindsey complains of actions of officials assigned to FCC Beaumont (*Id.*). The events forming the basis for his lawsuit occurred there (*Id*).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, FCC Beaumont is located in Jefferson County, Texas, and the Plaintiff is located there. All Defendants may be found there. The events forming the basis for this lawsuit occurred there. Jefferson County is located in the Beaumont

Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(2). There is no nexus to the Corpus Christi Division of the Southern District of Texas. The interests of justice would be served by a transfer to the Beaumont Division of the Eastern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Eastern District of Texas, Beaumont Division. All pending motions are denied as moot, subject to being reactivated after transfer.

SIGNED and ENTERED on 8/25/14.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE